# EXHIBIT E

Case 4:07-cv-03635-SBA    Document 1-3    Filed 07/13/2007    Page 1 of 15

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-405-308**

EFFECTIVE DATE OF REGISTRATION

Feb 21 2007

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1
**Title of This Work ▼**
Medium Grape Wood Corbel - CORA-2

**Nature of This Work ▼** See instructions
Hand-Carved Wooden Corbel

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

### 2
**NAME OF AUTHOR ▼**
a Hardware Resources, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in United States

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

### 3
**Year in Which Creation of This Work Was Completed**
2003    Year    in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month 07    Day 26    Year 2003
United States    Nation

### 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Hardware Resources, Inc.
4319 Marlena Street, Bossier City, Louisana 71111

APPLICATION RECEIVED
FEB 2 1 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 2 1 2007
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

|   |   |
|---|---|
| EXAMINED BY  RB | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
Vau598-428   2003

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Grape Corbel Design (applied to items CORA-1, CORA-2 & CORA-3)

**6**
**a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Adaptation of design and additional artistic work

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
George R. Schultz, Schultz & Associates, P.C.
5400 LBJ Freeway, Suite 1200
Dallas, Texas 75240

**b**

Area code and daytime telephone number   (214) 210-5940   Fax number   (214) 210-5941
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Hardware Resources, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
George R. Schultz   Date 02/13/2007

Handwritten signature (X) ▼
X [signature]

| Certificate will be mailed in window envelope to this address: | Name ▼  George R. Schultz, Schultz & Associates, P.C. |
|---|---|
| | Number/Street/Apt ▼  5400 LBJ Freeway, Suite 1200 |
| | City/State/ZIP ▼  Dallas, Texas 75240 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-405-310**

EFFECTIVE DATE OF REGISTRATION

Feb 21 2007
Month   Day   Year

SEPARATE CONTINUATION SHEET.

---

**1. Title of This Work:** Low Profile, Small Wood Corbel With Acanthus Detail - CORK-1

**NATURE OF THIS WORK:** Hand-Carved Wooden Corbel

**Previous or Alternative Titles:**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work:

If published in a periodical or serial give: Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

---

**2. NAME OF AUTHOR:** Hardware Resources, Inc.

**DATES OF BIRTH AND DEATH:** Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile: Citizen of United States

Was This Author's Contribution to the Work:
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**Nature of Authorship** Check appropriate boxes. See instructions:
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b. Name of Author:**

**Dates of Birth and Death:** Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile: Citizen of _____ Domiciled in _____

Was This Author's Contribution to the Work:
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**Nature of Authorship** Check appropriate boxes. See instructions:
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3. a. Year in Which Creation of This Work Was Completed:** 2005

**b. Date and Nation of First Publication of This Particular Work:** Month 01  Day 23  Year 2005  Nation United States

---

**4. COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

Hardware Resources, Inc.
4319 Marlena Street, Bossier City, Louisiana 71111

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED
FEB 2 1 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 2 1 2007
FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Vau598-429    Year of Registration ▼ 2003

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Acanthus Corbel Design (applied to items CORB-1, CORB-2 & CORB-3)

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Adaptation of design and additional artistic work.

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
George R. Schultz, Schultz & Associates, P.C.
5400 LBJ Freeway, Suite 1200
Dallas, Texas 75240

Area code and daytime telephone number ( 214 ) 210-5940    Fax number ( 214 ) 210-5941
Email

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Hardware Resources, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
George R. Schultz    Date 02/13/2007

Handwritten signature (X) ▼
X

**9** Certificate will be mailed in window envelope to this address:
Name ▼
George R. Schultz, Schultz & Associates, P.C.
Number/Street/Apt ▼
5400 LBJ Freeway, Suite 1200
City/State/ZIP ▼
Dallas, Texas 75240

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.





# EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-405-314**

EFFECTIVE DATE OF REGISTRATION

Feb 21 2007

---

**1. Title of This Work:** Mini Wood Corbel With Acanthus Detail - CORMJ

**Nature of This Work:** Hand-Carved Wooden Corbel

**Previous or Alternative Titles:**

**Publication as a Contribution:** —

**2. Name of Author:** Hardware Resources, Inc.

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile: Citizen of United States

Was This Author's Contribution to the Work:
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**Nature of Authorship:** ☒ 3-Dimensional sculpture

**3. Year in Which Creation of This Work Was Completed:** 2005

**Date and Nation of First Publication of This Particular Work:** Month 01  Day 23  Year 2005  Nation United States

**4. Copyright Claimant(s):**
Hardware Resources, Inc.
4319 Marlena Street, Bossier City, Louisiana 71111

APPLICATION RECEIVED: FEB 21 2007
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED: FEB 21 2007
FUNDS RECEIVED

EXAMINED BY ___RB___   FORM VA

CHECKED BY ___

☐ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼
Vau598-429                                                      2003

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
Acanthus Corbel Design (applied to items CORB-1, CORB-2 & CORB-3)

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Adaptation of design and additional artistic work.

**6**
a
b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
George R. Schultz, Schultz & Associates, P.C.
5400 LBJ Freeway, Suite 1200
Dallas, Texas 75240

Area code and daytime telephone number   (214) 210-5940           Fax number  (214) 210-5941
Email

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                ☐ author
                                                ☐ other copyright claimant
check only one ▶                                ☐ owner of exclusive right(s)
                                                ☒ authorized agent of  Hardware Resources, Inc.
                                                   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
George R. Schultz                                                       Date  02/13/2007

Handwritten signature (X) ▼
X _____

**8**

Certificate will be mailed in window envelope to this address:

Name ▼
George R. Schultz, Schultz & Associates, P.C.
Number/Street/Apt ▼
5400 LBJ Freeway, Suite 1200
City/State/ZIP ▼
Dallas, Texas 75240

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



