# EXHIBIT J



*Decorative*
WOOD PRODUCTS

# Contents

**CORBELS** 4-15

Acanthus 5-9
Traditional 10-12
Grape 13
Braided 14
Basket Weave 14
Mission 15
DuMonde 15

**MOULDING** 16-35

Crown 17-20
Rope 21-23
Dentil 24-26
Corner 27
Fluted 27
Beauty Corner 28
Accent 29
Hand Carved 30
Flat Back 31
Shelf 31
Base 31
Embossed 32-33
Rosettes 34
Radius Corner 34
Transition Blocks and Spool 35

**POSTS** 36-45

Posts 37-43
Corner 44-45

**LEGS AND FEET** 46-51

Bunn 47
Pedestal 48
Ball and Claw 49
Queen Anne 50
French 51

**ONLAYS** 52-57

Hand Carved 53-55
Nouveau 56
Half 57
Grape 57

**CAPITALS** 58-59

Acanthus 59
Pilaster 59

**FIREPLACE ACCESSORIES** 60-61

Column 61
Base 61
Capital 61

Thank you to Robert Angel Builders and Builder's Custom Cabinets, both of Bossier City, LA.

# Acanthus







## CORB-1
**Small Acanthus Corbel**
**4-3/8" x 5" x 10"**

Carton Quantity: 8

Available in:
Cherry, Maple, Oak,
and Rubberwood

## CORB-2
**Medium Acanthus Corbel**
**5" x 7" x 14"**

Carton Quantity: 4

Available in:
Cherry, Maple, Oak,
and Rubberwood

## CORB-3
**Large Acanthus Corbel**
**6-3/4" x 7-1/2" x 22"**

Carton Quantity: 2

Available in:
Cherry, Maple, Oak,
and Rubberwood







## CORB-P
**Petite Acanthus Corbel**
**2-1/8" x 2-3/8" x 7"**

Carton Quantity: 50

Available in:
Cherry, Maple, Oak,
and Rubberwood

## CORMJ
**Mini Acanthus Corbel**
**3" x 1-3/4" x 4-1/4"**

Carton Quantity: 50

Available in:
Cherry, Maple, Oak,
and Rubberwood

*CORMJ*
*shown in use*

5





### CORD

**Acanthus**
**Low Profile Corbel**
**4-7/8" x 4-1/2" x 12"**

Carton Quantity: 8

Available in:
Cherry, Maple, Oak,
and Rubberwood



### CORK-1

**Acanthus**
**Low Profile Corbel**
**2-3/4" x 1-3/8" x 6"**

Carton Quantity: 50

Available in:
Cherry, Maple, Oak,
and Rubberwood

*CORD*
*shown in use*

*Acanthus*







### CORK-2

Acanthus
Low Profile Corbel
3-1/2" x 1-1/2" x 8"

Carton Quantity: 40

Available in:
Cherry, Maple, Oak,
and Rubberwood

### CORK-3

Acanthus
Low Profile Corbel
4-1/2" x 1-3/4" x 10"

Carton Quantity: 25

Available in:
Cherry, Maple, Oak,
and Rubberwood

### CORK-4

Acanthus
Low Profile Corbel
7" x 3-3/4" x 22"

Carton Quantity: 4

Available in:
Cherry, Maple, Oak,
and Rubberwood



*CORF
details shown*











| CORP-1 | CORP-2 | CORP-3 |
|---|---|---|
| Acanthus | Acanthus | Acanthus |
| Low Profile Corbel | Low Profile Corbel | Low Profile Corbel |
| 2-3/4" x 1-1/2" x 4-1/2" | 3-1/2" x 1-1/4" x 5-1/2" | 4-1/2" x 2" x 7" |
| Carton Quantity: 50 | Carton Quantity: 50 | Carton Quantity: 50 |
| Available in: | Available in: | Available in: |
| Cherry, Maple, Oak, | Cherry, Maple, Oak, | Cherry, Maple, Oak, |
| and Rubberwood | and Rubberwood | and Rubberwood |





### CORE

**Acanthus Bar Bracket**
3-1/2" x 7-3/4" x 13"

Carton Quantity: 8

Available in:
Cherry, Maple, Oak,
and Rubberwood



### CORS

**Carved Bar Bracket**
2-1/2" x 9" x 13"

Carton Quantity: 10

Available in:
Cherry, Maple, Oak,
and Rubberwood



*CORE*
*shown in use*

9



*Traditional*







### CORC-1
**Small Traditional Corbel**
4-3/8" x 5" x 10"

Carton Quantity: 8

Available in:
Cherry, Maple, Oak,
and Rubberwood

### CORC-2
**Medium Traditional Corbel**
5" x 6-3/4" x 14"

Carton Quantity: 4

Available in:
Cherry, Maple, Oak,
and Rubberwood

### CORC-3
**Large Traditional Corbel**
6-3/4" x 7-5/8" x 22"

Carton Quantity: 2

Available in:
Cherry, Maple, Oak,
and Rubberwood







### CORC-P
**Petite Traditional Corbel**
2-1/2" x 2-3/8" x 7"

Carton Quantity: 50

Available in:
Cherry, Maple, Oak,
and Rubberwood

### CORMI
**Mini Traditional Corbel**
2-7/8" x 1-3/4" x 4-1/4"

Carton Quantity: 50

Available in:
Cherry, Maple, Oak,
and Rubberwood







### CORF

**Traditional Bar Bracket**
3-3/8" x 7-3/4" x 13"

Carton Quantity: 8

Available in:
Cherry, Maple, Oak,
and Rubberwood







### CORG

**Plain Bar Bracket**
3" x 6-1/2" x 12"

Carton Quantity: 12

Available in:
Cherry, Maple, Oak,
and Rubberwood

### CORM

**Plain Bar Bracket**
2" x 7-1/2" x 10-1/2"

Carton Quantity: 24

Available in:
Maple and Rubberwood

### CORM-3

**Carved Bar Bracket**
3" x 7-1/2" x 10-1/2"

Carton Quantity: 16

Available in:
Cherry, Maple, Oak,
and Rubberwood

# Grape Corbels



**COR1**

Small Grape Corbel
5" x 5-3/4" x 10"

Carton Quantity: 8

Available in:
Cherry, Maple, Oak,
and Rubberwood

**CORA-1**

Small Grape Corbel
4-1/4" x 5" x 10"

Carton Quantity: 8

Available in:
Cherry, Maple, Oak,
and Rubberwood

**CORA-2**

Medium Grape Corbel
5" x 7" x 14"

Carton Quantity: 4

Available in:
Cherry, Maple, Oak,
and Rubberwood

**CORA-3**

Large Grape Corbel
6-3/4" x 7-3/4" x 22"

Carton Quantity: 2

Available in:
Cherry, Maple, Oak,
and Rubberwood

CORA-3
shown in use









**CORI-1**

**Small Braided Corbel**
2-1/4" x 2-7/8" x 6-5/8"

Carton Quantity: 50

Available in:
Cherry, Maple, Oak,
and Rubberwood

**CORI-2**

**Medium Braided Corbel**
3" x 3-7/8" x 9-1/4"

Carton Quantity: 50

Available in:
Cherry, Maple, Oak,
and Rubberwood

**CORI-3**

**Large Braided Corbel**
4" x 5" x 12"

Carton Quantity: 10

Available in:
Cherry, Maple, Oak,
and Rubberwood









**CORBW-1**

**Basket Weave Corbel**
4-1/2" x 5" x 10"

Carton Quantity: 8

Available in:
Cherry, Maple, Oak,
and Rubberwood

**CORBW-P**

**Petite Basket Weave Corbel**
2-1/2" x 2-3/8" x 7"

Carton Quantity: 50

Available in:
Cherry, Maple, Oak,
and Rubberwood

**CORMW-1**

**Mini Basket Weave Corbel**
3" x 2" x 4-1/2"

Carton Quantity: 50

Available in:
Cherry, Maple, Oak,
and Rubberwood

# Rosettes



### ROS-1
**Rosette**
3" x 3" x 3/4"

Carton Quantity: 100

Available in:
Alder, Cherry,
Maple, and Oak



### ROS-2
**Rosette**
3" x 3" x 1"

Carton Quantity: 100

Available in:
Alder, Cherry,
Maple, and Oak



### ROS-3
**Rosette**
3-1/2" x 3-1/2" x 1-1/8"

Carton Quantity: 25

Available in:
Alder, Cherry,
Maple, and Oak



### ROS-4
**Rosette**
4" x 4" x 1"

Carton Quantity: 40

Available in:
Alder, Cherry,
Maple, and Oak

# Radius Corner



### RC-3
**Radius Corner for SC-3
Standard Crown Moulding**

Carton Quantity: 50

Available in:
Cherry, Maple, and Oak,



### RC-5
**Radius Corner for SC-5
Standard Crown Moulding**

Carton Quantity: 50

Available in:
Cherry, Maple, and Oak,

*Posts*



**P1**
Turned Post
3-1/2" x 3-1/2" x 35-1/4".

Carton Quantity: 4

Available in:
Cherry, Maple, Oak,
and Rubberwood

**P1-42**
Turned Post
3-1/2" x 3-1/2" x 42"

Carton Quantity: 4

Available in:
Cherry, Maple,
and Rubberwood

**P1-3**
Turned Post
3" x 3" x 35-1/2"

Carton Quantity: 4

Available in:
Cherry, Maple,
and Rubberwood

37









**P1-5-36**
Post
5" x 5" x 36"

Carton Quantity: 2

Available in:
Maple and Rubberwood

**P2**
Reed Post
3-1/2" x 3-1/2" x 35-1/4"

Carton Quantity: 4

Available in:
Cherry, Maple, Oak,
and Rubberwood

**P2-42**
Reed Post
3-1/2" x 3-1/2" x 42"

Carton Quantity: 4

Available in:
Cherry, Maple,
and Rubberwood

*Posts*







### P2-3
Reed Post
3" x 3" x 35-1/2"

Carton Quantity: 4

Available in:
Maple and Rubberwood

### P3
Rope Post
3-1/2" x 3-1/2" x 35-1/4"

Carton Quantity: 4

Available in:
Cherry, Maple, Oak,
and Rubberwood

### P3-42
Rope Post
3-1/2" x 3-1/2" x 42"

Carton Quantity: 4

Available in:
Cherry, Maple,
and Rubberwood

39



*Posts*





**P3-3**

Rope Post
3" x 3" x 35-1/2"

Carton Quantity: 4

Available in:
Cherry, Maple,
and Rubberwood

**P4**

Tapered, Fluted Post
3-3/4" x 3-3/4" x 35-1/4"

Carton Quantity: 4

Available in:
Maple and Rubberwood

**P5**

Post
3-3/4" x 3-3/4" x 35-1/4"

Carton Quantity: 4

Available in:
Cherry, Maple, Oak,
and Rubberwood

40





— 3-3/4" —

15-3/16"

35-1/4"



**P6**
Post
3-3/4" x 3-3/4" x 35-1/4"

Carton Quantity: 4

Available in:
Cherry, Maple, Oak,
and Rubberwood



*P2 Post
shown in use*

41

*Bunn*



## BF4

**Turned Bunn Foot**
**4" x 4"**

Carton Quantity: 40

Available in:
Cherry, Maple,
and Oak



## BF30

**Bunn Foot**
**5" x 3"**

Carton Quantity: 36

Available in:
Maple, Oak,
and Rubberwood



## BF60

**Turned Bunn Foot**
**4" x 6"**

Carton Quantity: 30

Available in:
Cherry, Maple,
and Oak



## BF70

**Reversable Turned**
**Bunn Foot**
**5" x 4"**

Carton Quantity: 20

Available in:
Cherry, Maple, Oak,
and Rubberwood



## BF90

**Square Bunn Foot**
**4-1/4" x 4-1/4" x 4-1/4"**

Carton Quantity: 20

Available in:
Cherry, Maple, Oak,
and Rubberwood



## BFC40

**Crown Bunn Foot**
**5" x 3"**

Carton Quantity: 20

Available in:
Maple, Oak,
and Rubberwood





PFCS
*shown in use*



## PFM1

**Pedestal Foot Middle**
**11-1/2" x 1-3/4"**

Carton Quantity: 100

Available in:
Ash, Cherry, Maple,
and Oak



## PFC

**Rounded Pedestal**
**Foot Corner**
**5-1/2" x 5-1/2" x 4"**

Carton Quantity: 20

Available in:
Ash, Cherry, Maple,
and Oak



## PFCS

**Pedestal Foot Corner**
**6-1/2" x 6-1/2" x 4"**

Carton Quantity: 40

Available in:
Ash, Cherry, Maple,
and Oak



## PFL

**Pedestal Foot Left**
**6-1/8" x 4" x 2-1/2"**

Carton Quantity: 100

Available in:
Ash, Cherry, Maple,
and Oak



## PFR

**Pedestal Foot Right**
**6-1/8" x 4" x 2-1/2"**

Carton Quantity: 100

Available in:
Ash, Cherry, Maple,
and Oak



*Ball and Claw*



**WLC60**

Center Ball and Claw Leg
4-1/4" x 2-5/8" x 6"

Carton Quantity: 40

Available in:
Cherry, Maple, Oak,
and Rubberwood



**WLC86**

Center Ball and Claw Leg
4-1/2" x 2-3/4" x 8"

Carton Quantity: 40

Available in:
Cherry, Maple, Oak,
and Rubberwood



**WL60**

Ball and Claw Leg
4-1/8" x 4-1/8" x 6"

Carton Quantity: 36

Available in:
Cherry, Maple, Oak,
and Rubberwood



**WL80**

Ball and Claw Leg
4" x 4" x 8"

Carton Quantity: 36

Available in:
Cherry, Maple, Oak,
and Rubberwood



**WLC80**

Carved Ball and Claw Leg
4" x 4" x 8"

Carton Quantity: 36

Available in:
Cherry, Maple, Oak,
and Rubberwood



*WL60
shown in use*

49

# Queen Anne



## WL65
Traditional
Queen Anne Leg
4" x 4" x 6"

Carton Quantity: 36

Available in:
Cherry, Maple, Oak,
and Rubberwood



## WL85
Traditional
Queen Anne Leg
4" x 4" x 8"

Carton Quantity: 36

Available in:
Cherry, Maple, Oak,
and Rubberwood



## WLC65
Center Queen Anne Leg
4-3/8" x 2-5/8" x 6"

Carton Quantity: 40

Available in:
Cherry, Maple, Oak,
and Rubberwood



## WLC85
Center Queen Anne Leg
4-3/4" x 2-7/8" x 8"

Carton Quantity: 40

Available in:
Cherry, Maple, Oak,
and Rubberwood



## WL50
Carved Queen Anne Leg
3-1/2" x 3-1/2" x 5"

Carton Quantity: 50

Available in:
Cherry, Maple, Oak,
and Rubberwood



## WLC50
Acanthus Leg
3-1/2" x 3-1/2" x 5"

Carton Quantity: 50

Available in:
Cherry, Maple, Oak,
and Rubberwood

50



*French*



**WLF60**

6" French Leg
3" x 3" x 6"

Carton Quantity: 48
Available in:
Cherry, Maple, and Oak



**WLF80**

8" French Leg
4" x 4" x 8"

Carton Quantity: 36
Available in:
Cherry, Maple, and Oak



**WLFC60**

6" Center French Leg
4-3/4" x 3-1/4" x 6"

Carton Quantity: 48
Available in:
Cherry, Maple, and Oak



**WLFC80**

8" Center French Leg
4-3/4" x 3-1/8" x 8"

Carton Quantity: 36
Available in:
Cherry, Maple, and Oak





### ONL-01-20

**Hand Carved Onlay**
**20" x 4" x 3/4"**

Carton Quantity: 10

Available in:
Cherry, Maple, and Oak



### ONL-01-24

**Hand Carved Onlay**
**24" x 5" x 3/4"**

Carton Quantity: 10

Available in:
Cherry, Maple, and Oak



### ONL-01-36

**Hand Carved Onlay**
**36" x 7-1/2" x 7/8"**

Carton Quantity: 10

Available in:
Cherry, Maple, and Oak

53





**ONL-02-20**

**Hand Carved Onlay**
**20" x 4-1/4" x 3/4"**

Carton Quantity: 10

Available in:
Cherry, Maple, and Oak



**ONL-02-24**

**Hand Carved Onlay**
**24" x 5" x 3/4"**

Carton Quantity: 10

Available in:
Cherry, Maple, and Oak



**ONL-02-36**

**Hand Carved Onlay**
**36" x 7-1/2" x 7/8"**

Carton Quantity: 10

Available in:
Cherry, Maple, and Oak





ONL-02
shown in use



### ONL-05-20

Hand Carved Onlay
20" x 4-3/4" x 3/4"

Carton Quantity: 10

Available in:
Cherry, Maple, and Oak

55