UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARDWARE RESOURCES, INC.,      No. C 07-03635 JCS

    Plaintiff(s),

    v.

WEST COAST MOBILE HARDWARE,

    Defendant(s).

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7-27-07

Signature

Counsel for Plaintiff
(Name or party or indicate "pro se")

3