1  JEFFERY G. BAIREY, SB# 111271
      E-Mail: bairey@lbbslaw.com
2  ALISON YEW, SB# 173158
      E-Mail: yew@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street
4  Suite 1400
   San Francisco, California  94104
5  Telephone: (415) 362-2580
   Facsimile: (415) 434-0882
6
7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 OAKLAND  DIVISION

11

12  HARDWARE RESOURCES, INC.,          ) CASE NO. C07-03635-SBA
                                       )
13            Plaintiff,               ) **PROOF OF SERVICE**
                                       )
14        v.                           )
                                       )
15  WEST COAST MOBILE HARDWARE,        )
    INC., DOES 1 THROUGH 10            )
16                                     )
            Defendants.                )
17  _____   )

18        ///

19        ///

20        ///

21        ///

22        ///

23        ///

24        ///

25        ///

26        ///

27        ///

28        ///

4851-2354-0737.1

-1-
**PROOF OF SERVICE**

Lewis Brisbois Bisgaard & Smith LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

| *Attorney or Party without Attorney:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| ALISON YEW, Bar #173158<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>ONE SANSOME STREET<br>SUITE 1400<br>SAN FRANCISCO, CA 94104<br>*Telephone No:* 415-362-2580    *FAX No:* 415 434-0882 | | | | |
| *Attorney for:* Defendant | | *Ref. No. or File No.:*<br>HARDWARE v WEST COAST | | |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court, Northern District Of California

*Plaintiff:* HARDWARE RESOURCES, INC.

*Defendant:* WEST COAST MOBILE HARDWARE, INC. , DOES 1 THROUGH 10

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C07-03655-JCS |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Process Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout; Summons In A Civil Case; Order Setting Initial Case Management Conference And Adr Deadlines; Original Complaint For Federal Trademark Infringement (15 U.S.C.1125(A)(1)(A); Unfair Competition (California Bus. & Prof. Code 17200, Et Seq.); Federal Copyright Infringment (17 U.S.C. 501 Et.Seq); And Common Law Trademark Infringement Demand For Jury Trial

3. a. *Party served:*               WEST COAST MOBILE HARDWARE, INC. AGENT FOR PROCESS: MY CORPORATION BUSINESS SERVICE, INC.

   b. *Person served:*         DEBORAH SWEENEY, AUTHORIZED TO ACCEPT

4. *Address where the party was served:*        26520 AGOUR ROAD<br>                                                 CALABASAS, CA 91302

5. *I served the party:*

   b. **by substituted service.** On: Thu., Jul. 19, 2007 at: 3:45PM by leaving the copies with or in the presence of:<br>                        DEBORAH SWEENEY, AUTHORIZED TO ACCEPT

   (1) **(Business)** Authorized to Accept. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)

   a. TEYMOOR SADRI                       d.  *The Fee for Service was:*

                                                  e.  I am: Not a Registered California Process Server

**First Legal Support Services** SM

ATTORNEY SERVICES

1511 BEVERLY BOULEVARD<br>Los Angeles, CA 90026<br>SM (213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Tue, Jul. 24, 2007

Judicial Council Form                     PROOF OF SERVICE                (TEYMOOR SADRI)

Rule 982.9.(a)&(b) Rev January 1, 2007                                        6363003.dhye-16.27530

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| ALISON YEW, Bar #173158<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>ONE SANSOME STREET<br>SUITE 1400<br>SAN FRANCISCO, CA  94104<br>Telephone No: 415-362-2580     FAX No: 415 434-0882 | | | | |

*Attorney for:* **Defendant**

Ref. No or File No.:
HARDWARE v WEST COAST

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* HARDWARE RESOURCES, INC.

*Defendant:* WEST COAST MOBILE HARDWARE, INC. , DOES 1 THROUGH 10

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-03655-JCS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Process Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout; Summons In A Civil Case; Order Setting Initial Case Management Conference And Adr Deadlines; Original Complaint For Federal Trademark Infringement (15 U.S.C.1125(A)(1)(A); Unfair Competition (California Bus. & Prof. Code 17200, Et Seq.); Federal Copyright Infringment (17 U.S.C. 501 Et.Seq); And Common Law Trademark Infrigement Demand For Jury Trial

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Thu., Jul. 19, 2007
   b. Place of Mailing:         SAN FRANCISCO, CA  94103
   c. Addressed as follows:     WEST COAST MOBILE HARDWARE, INC. AGENT FOR PROCESS: MY
                                CORPORATION BUSINESS SERVICE, INC.
                                26520 AGOUR ROAD
                                CALABASAS, CA  91302

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jul. 19, 2007 in the ordinary course of business.

5. *Person Serving:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL  MILLEN              d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES   e. I am: (3) registered California process server
      1138 HOWARD STREET                  (i)    Independent Contractor
      SAN FRANCISCO, CA  94103            (ii)  Registration No.:     976
   c.                                     (iii)  County:              ALAMEDA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Tue, Jul. 24, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(MICHAEL  MILLEN)
6363003.aliye-lb.77530