```
LAW OFFICES OF MARK H. HARRIS
Mark H. Harris (SBN 133578)
2207 J Street
Sacramento, CA 95816
Telephone: (916) 442-6155
Facsimile:  (916) 444-5921

Attorneys for Defendant
WEST COAST MOBILE HARDWARE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARDWARE RESOURCES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WEST COAST MOBILE HARDWARE, INC.; ) <br> DOES 1 through 10, inclusive, ) <br> ) <br> Defendants. ) <br> ) | CASE NO.  C07-03635 <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER** <br><br> Chief Judge Saundra B. Armstrong |

  By stipulation and agreement of the Parties, the deadline for Defendant to answer or otherwise plead in response to the Plaintiff's original Complaint shall be, and hereby is, extended by 30 days.  The new deadline shall be September 21, 2007.

Dated:  August 24, 2007    LEWIS BRISBOIS BISGAARD & SMITH LLP


                 By: */s/ Alison Yew*
                    ALISON YEW

-1-

**STIPULATION AND ORDER**

-2-

1
2  Dated: April 24, 2007                    LAW OFFICES OF MARK H. HARRIS
3                                           By:   /s/ Mark H. Harris
4                                                 Mark H. Harris
                                                  Attorneys for Defendant
5                                                 WESTCOAST MOBILE
                                                  HARDWARE, INC.
6
7  IT IS SO ORDERED.
8
9  _____
   JUDGE OF UNITED STATES DISTRICT COURT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28