FILED
SEP 0 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

HARDWARE RESOURCES, INC.,

Plaintiff,

vs.

WEST COAST MOBILE HARDWARE, INC.,

Defendant.

Case No.: C07-03635

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

George R. Schultz, an active member in good standing of the bar of the Northern District of Texas in the State of Texas whose business address and telephone number is:

Schultz & Associates, P.C.
5400 LBJ Freeway, Suite 1200,
Dallas, Texas 75240
Phone: (214) 210-5940
Facsimile: (214) 210-5941
E-Mail: russ.schulz@grspc.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing, Plaintiff, Hardware Resources, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9-4-07

_____
Judge of the U.S. District Court

Pro Hac Vice – [Proposed] Order

Case No. C07-03635