```
LAW OFFICES OF MARK H. HARRIS
Mark H. Harris (SBN 133578)
2207 J Street
Sacramento, CA 95816
Telephone: (916) 442-6155
Facsimile:  (916) 444-5921

Attorneys for Defendant
WEST COAST MOBILE HARDWARE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARDWARE RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEST COAST MOBILE HARDWARE, INC.; DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. C07-03635 <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER** <br><br> Chief Judge Saundra B. Armstrong |

      By stipulation and agreement of the Parties, the deadlines for Defendant to answer or otherwise plead in response to the Plaintiff's Original Complaint shall be, and hereby is, extended by 14 days. The new deadline shall be October 5, 2007.

Additionally, the Parties further request that that the Court extends certain other specified deadlines contained in Order Setting Initial Case Management Conference and ADR Deadlines to no earlier than the following:

-1-

**STIPULATION AND ORDER**

| Action | New Due Date |
|---|---|
| Last Day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan | 10/12/2007 |
| Last Day to file Joint ADR Certification with Stipulations to ADR Process or Notice of Need for ADR Phone Conference | 10/12/2007 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | 10/26/2007 |
| Initial Case Management Conference (2:45 p.m.) | 11/2/2007 |

*/s/ Mark H. Harris*
MARK H. HARRIS, SB #133578
E-Mail:
LAW OFFICES OF MARK H. HARRIS
2207 J Street
Sacramento, CA 95816
Telephone:  (916) 442-6155
Fax:  (916) 444-5921

*/s/ George R. Schultz*
GEORGE R. SCHULZ, Tex #17837500,
*Pro Hac Vice*
SCHULTZ & ASSOCIATES, P.C.
5400 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Telephone: (214) 210-5940
Fax: (214) 210-5941

JEFFERY G. BAIREY, SB# 111271
E-Mail: bairey@lbbslaw.com
ALISON YEW, SB #173158
E-Mail: yew@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 362-2580

**STIPULATION AND ORDER**

-3-

1 **IT IS SO ORDERED**. The Court will send out a new Order Setting Initial Case

2 Management Conference and ADR Deadlines.

3

4 _____
JUDGE OF THE UNITED STATES DISTRICT COURT