GEORGE R. SCHULTZ, Tex #17837500, *Pro Hac Vice*
  E-Mail**:** russ.schultz@grspc.com
SCHULTZ & ASSOCIATES, P.C.
5400 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Telephone: (214) 210-5940
Facsimile: (214) 210-5941

JEFFERY G. BAIREY, SB# 111271
  E-Mail: bairey@lbbslaw.com
ALISON YEW, SB# 173158
  E-Mail: yew@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys For Plaintiff
HARDWARE RESOURCES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| HARDWARE RESOURCES, INC.,<br><br>         Plaintiff,<br><br>    vs.<br><br>WEST COAST MOBILE<br>HARDWARE, INC., DOES 1 THROUGH 10,<br><br>         Defendant. | Case No.:  C07-03635<br><br>**CERTIFICATE OF INTERESTED<br>ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

Certificate of Interested Entities or Persons- 1                                                               Case No. C07-03635

1  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
2  substantially affected by the outcome of this proceeding:

4       Plaintiff filed its "Certificate of Interested Entities or Persons" on
5       October 12, 2007.  Plaintiff states that 2003 Riverside Capital
6       Appreciation Fund, L.P., a Delaware limited partnership, owns ten
7       percent (10%) or more of the common stock of Plaintiff Hardware
8       Resources, Inc.

10  Dated:  October 12, 2007.                             Respectfully submitted,

12                                                                                 _/s/ George R. Schultz
13                                                                                 GEORGE R. SCHULTZ, Tex #17837500,
                                                                                   *Pro Hac Vice*

14                                                                                 Attorney For Plaintiff
15                                                                                 HARDWARE RESOURCES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the Certificate of Interested Entities or Persons with the clerk of the court for the U.S. District Court, Northern District of California, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

   Mark H. Harris                    harris.law@att.net

A true and correct copy of the Certificate of Interested Entities or Persons was served upon the persons listed below in the manner indicated on October 12, 2007.

| | |
|---|---|
| Mark H. Harris<br>Law Offices of Mark H. Harris<br>2207 J Street<br>Sacramento, CA 95816<br>Telephone: 916-442-6155<br>Fax: 916-444-5921 | *Via First Class Mail,*<br>*Postage Pre-Paid* |
| Donald J. Rafferty<br>Cohen, Todd, Kite & Stanford, LLC<br>250 East Fifth Street, Suite 1200<br>Cincinnati, Ohio 45202<br>Telephone:  513-333-5243<br>Facsimile:  513-241-4495 | *Via First Class Mail,*<br>*Postage Pre-Paid* |

  /s/ George R. Schultz  
  George R. Schultz