UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                                                              CASE NO.
Plaintiff(s),

     v.                                          NOTICE OF NEED FOR ADR PHONE CONFERENCE

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

☐    have not yet reached an agreement to an ADR process
☐    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference _____

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|----------------|
|      |                    |           |                |
|      |                    |           |                |
|      |                    |           |                |
|      |                    |           |                |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____                                         _____
                                                                        Attorney for Plaintiff

Dated:_____                                         _____
                                                                        Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

...

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the Notice of Need for ADR Phone Conference with the clerk of the court for the U.S. District Court, Northern District of California, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

    Mark H. Harris                harris.law@att.net

A true and correct copy of the Notice of Need for ADR Phone Conference was served upon the persons listed below in the manner indicated on October 12, 2007.

Mark H. Harris                                                       *Via First Class Mail,*
Law Offices of Mark H. Harris                            *Postage Pre-Paid*
2207 J Street
Sacramento, CA 95816
Telephone: 916-442-6155
Fax: 916-444-5921

Donald J. Rafferty                                        *Via First Class Mail,*
Cohen, Todd, Kite & Stanford, LLC                    *Postage Pre-Paid*
250 East Fifth Street, Suite 1200
Cincinnati, Ohio 45202
Telephone: 513-333-5243
Facsimile: 513-241-4495

                                                        /s/ George R. Schultz
                                                        George R. Schultz