GEORGE R. SCHULTZ, Tex #17837500, *Pro Hac Vice*
  E-Mail**:** russ.schultz@grspc.com
SCHULTZ & ASSOCIATES, P.C.
5400 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Telephone: (214) 210-5940
Facsimile: (214) 210-5941

JEFFERY G. BAIREY, SB# 111271
  E-Mail: bairey@lbbslaw.com
ALISON YEW, SB# 173158
  E-Mail: yew@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys For Plaintiff
HARDWARE RESOURCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARDWARE RESOURCES, INC.,<br><br>            Plaintiff,<br><br>    vs.<br>WEST COAST MOBILE HARDWARE, INC.,<br><br>            Defendant. | Case No.: C07-03635<br><br>Chief Judge Saundra B. Armstrong<br><br>**STIPULATION AND ORDER EXTENDING TIME PENDING MEDIATION**<br><br>**DEMAND FOR JURY TRIAL** |

　　　　Plaintiff Hardware Resources, Inc. and Defendant West Coast Mobile Hardware, Inc. (the "Parties") hereby stipulate and agree as follows:

1. The Parties have scheduled mediation (the "Mediation") in this case for November 19, 2007.

2. To facilitate the settlement discussions at the Mediation, the Parties request that the hearing on Defendant's Motion to Stay Proceedings, which is set for November 16, 2007, and the Initial Case Management Conference, which is set for October 24, 2007, be continued. The Parties further request the October 26, 2007 deadline for any oppositions and the November 2, 2007 deadline for any replies to the Motion to Stay Proceedings be continued.

3. Defendant's counsel, Donald J. Rafferty of Cohen, Todd, Kite & Stanford, LLC, will file a Motion to Leave to Appear Pro Hac Vice prior to the Mediation.

4. The Parties shall file a joint report (the "Report") regarding the results of the Mediation by no later than Monday, November 26, 2007.

5. If this matter is not settled at the Mediation, then the Parties shall propose a new date for the hearing on the Motion to Stay Proceedings in the Report and the Court shall re-set the Initial Case Management Conference. The proposed new date for the hearing on the Motion to Stay Proceedings will be no earlier than thirty (30) days after the filing of the Report.

6. The extensions of time stipulated and requested above will not affect the current schedule of this matter.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT

1

2

  \_/s/ Mark H. Harris_____       \_\_/s/George R. Schultz_____
MARK H. HARRIS, SB #133578                     GEORGE R. SCHULTZ, (Tex 17837500,
E-Mail:  Harris.Law@att.net                      *Pro Hac Vice)*
Law Offices of Mark H. Harris                  Schultz & Associates, P.C.
2207 J Street                                  5400 LBJ Freeway, Suite 1200
Sacramento, CA 95816                           Dallas, TX 75240
Telephone:  (916) 442-6155                     EMAIL: RUSS.SCHULTZ@GRSPC.COM
Fax:  (916) 444-5921                           TELEPHONE:  (214) 210-5940
                                               FAX: (214) 210-5941
ATTORNEY FOR DEFENDANT

                                               ALISON YEW, SB #173158
                                               E-Mail:  yew@lbbslaw.com
                                               LEWIS BRISBOIS BISGAARD & SMITH LLP
                                               One Sansome Street, Suite 1400
                                               San Francisco, CA 94104
                                               Telephone:  (415) 362-2580
                                               Fax:  (415) 434-0882

                                                ATTORNEY FOR PLAINTIFF

Stipulation and Order Extending Time Pending Mediation - 3                     Case No. C07-03635

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2007, I electronically filed the Stipulation and Order Extending Time Pending Mediation with the clerk of the court for the U.S. District Court, Northern District of California, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

    Mark H. Harris          harris.law@att.net

A true and correct copy of the Stipulation and Order Extending Time Pending Mediation was served upon the persons listed below in the manner indicated on October 17, 2007.

Mark H. Harris *Via First Class Mail,*
Law Offices of Mark H. Harris *Postage Pre-Paid*
2207 J Street
Sacramento, CA 95816
Telephone: 916-442-6155
Fax: 916-444-5921

Donald J. Rafferty *Via First Class Mail,*
Cohen, Todd, Kite & Stanford, LLC *Postage Pre-Paid*
250 East Fifth Street, Suite 1200
Cincinnati, Ohio 45202
Telephone:  513-333-5243
Facsimile:  513-241-4495

                                                      _/s/ George R. Schultz
                                                     George R. Schultz