GEORGE R. SCHULTZ, Tex #17837500, *Pro Hac Vice*
  E-Mail**:** russ.schultz@grspc.com
SCHULTZ & ASSOCIATES, P.C.
5400 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Telephone: (214) 210-5940
Facsimile: (214) 210-5941

JEFFERY G. BAIREY, SB# 111271
   E-Mail: bairey@lbbslaw.com
ALISON YEW, SB# 173158
   E-Mail: yew@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys For Plaintiff
HARDWARE RESOURCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARDWARE RESOURCES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WEST COAST MOBILE HARDWARE, INC.,<br><br>Defendant. | Case No.: C07-03635<br><br>Chief Judge Saundra B. Armstrong<br><br>**AMENDED STIPULATION AND ORDER EXTENDING TIME PENDING MEDIATION**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Hardware Resources, Inc. and Defendant West Coast Mobile Hardware, Inc. (the "Parties") hereby stipulate and agree as follows:

1. The Parties have scheduled mediation (the "Mediation") in this case for November 19, 2007.

2. To facilitate the settlement discussions at the Mediation, by October 25, 2007, Defendant will withdraw without prejudice its Motion to Stay Proceedings, which is set for hearing on November 16, 2007. If the Mediation is unsuccessful and Defendant re-files its Motion to Stay Proceedings within thirty (30) days of mediation, the Plaintiff agrees not to raise timeliness as a defense to the Motion.

3. The Parties further stipulate that the Initial Case Management Conference, which is set for November 7, 2007 be continued.

4. Defendant's counsel, Donald J. Rafferty of Cohen, Todd, Kite & Stanford, LLC, will file a Motion to Leave to Appear Pro Hac Vice prior to the Mediation.

5. The Parties shall file a joint report (the "Report") regarding the results of the Mediation by no later than Monday, November 26, 2007.

6. If this matter is not settled at the Mediation, Defendant may re-file its Motion to Stay Proceedings and set it for hearing. The Initial Case Management Conference will be reset to January _____, 2008 at _____ p.m., via telephone.

7. Plaintiff's counsel is to set up the conference call with all parties on the line and call chambers at (501) 637-3559. (No party shall contact chambers directly without prior authorization of the Court.)

8. Counsel will file a Joint Case Management Statement at least ten (10) days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

9. The extensions of time stipulated and requested above will not affect the current schedule of this matter.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT

| | |
|---|---|
| _/s/ Mark H. Harris_____<br>MARK H. HARRIS, SB #133578<br>E-Mail: Harris.Law@att.net<br>Law Offices of Mark H. Harris<br>2207 J Street<br>Sacramento, CA 95816<br>Telephone: (916) 442-6155<br>Fax: (916) 444-5921<br><br>ATTORNEY FOR DEFENDANT | __/s/George R. Schultz_____<br>GEORGE R. SCHULTZ, (Tex 17837500,<br>  *Pro Hac Vice)*<br>Schultz & Associates, P.C.<br>5400 LBJ Freeway, Suite 1200<br>Dallas, TX 75240<br>EMAIL: RUSS.SCHULTZ@GRSPC.COM<br>TELEPHONE: (214) 210-5940<br>FAX: (214) 210-5941<br><br>ALISON YEW, SB #173158<br>E-Mail: yew@lbbslaw.com<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Telephone: (415) 362-2580<br>Fax: (415) 434-0882<br><br> ATTORNEY FOR PLAINTIFF |

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2007, I electronically filed the Amended Stipulation and Order Extending Time Pending Mediation with the clerk of the court for the U.S. District Court, Northern District of California, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

    Mark H. Harris              harris.law@att.net

A true and correct copy of the Amended Stipulation and Order Extending Time Pending Mediation was served upon the persons listed below in the manner indicated on October 23, 2007.

| | |
|---|---|
| Mark H. Harris<br>Law Offices of Mark H. Harris<br>2207 J Street<br>Sacramento, CA 95816<br>Telephone: 916-442-6155<br>Fax: 916-444-5921 | *Via First Class Mail,*<br>*Postage Pre-Paid* |
| Donald J. Rafferty<br>Cohen, Todd, Kite & Stanford, LLC<br>250 East Fifth Street, Suite 1200<br>Cincinnati, Ohio 45202<br>Telephone: 513-333-5243<br>Facsimile: 513-241-4495 | *Via First Class Mail,*<br>*Postage Pre-Paid* |

                                               /s/ George R. Schultz
                                              George R. Schultz