MARK H. HARRIS, SB #133578
E-Mail: Harris.Law@att.net
Law Offices of Mark H. Harris
2207 J Street
Sacramento, CA 95816
Telephone: (916) 442-6155
Fax: (916) 444-5921

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
FOR THE OAKLAND DIVISION

| | | |
|---|---|---|
| HARDWARE RESOURCES, INC. | : | CASE NO. C07-03635 |
| | : | |
| Plaintiff, | : | Chief Judge Saundra B. Armstrong |
| | : | |
| v. | : | |
| | : | **NOTICE OF WITHDRAWAL** |
| WEST COAST MOBILE HARDWARE, | : | **WITHOUT PREJUDICE OF WEST** |
| INC., DOES 1 THROUGH 10 | : | **COAST MOBILE HARDWARE,** |
| | : | **INC.'S MOTION TO STAY** |
| Defendants. | : | **PROCEEDINGS** |

Now comes Defendant, West Coast Mobile Hardware, Inc. ("West Coast"), by and through the undersigned counsel, and gives notice to this Court of its notice of withdrawal without prejudice of Defendant's Motion to Stay Proceedings.

This withdrawal is being undertaken to facilitate the upcoming mediation.

*/s/ Mark H. Harris*
MARK H. HARRIS, SB #133578
E-Mail: Harris.Law@att.net
Law Offices of Mark H. Harris
2207 J Street
Sacramento, CA 95816
Telephone: (916) 442-6155
Fax: (916) 444-5921

Attorney for Defendant West Coast Mobile Hardware, Inc.

465423.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was electronically filed on October 26, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of the foregoing was also served this 26th day of October, 2007, via ordinary mail upon the following:

Jeffery G. Bairey
Alison Yew
Lewis, Brisbois, Bisgaard & Smith, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Email: bairey@lbbslaw.com
Email: yew@lbbslaw.com

George R. Schultz
William D. Harris, Jr.
Schultz & Associates, P.C.
5400 LBJ Freeway
Suite 1200
Dallas, Texas 75240
Email: russ.schultz@grspc.com
Email: bill.harris@grspc.com

                                                         */s/Donald J. Rafferty*
                                                         Donald J. Rafferty

465423.1