Donald J. Rafferty
Cohen, Todd, Kite & Stanford, LLC
250 East Fifth Street, Suite 1200
Cincinnati, Ohio 45202
Phone: (513) 421-4020

**FILED**
NOV 19 2007
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Hardware Resources, Inc.

   Plaintiff(s),

v.

West Coast Mobile Hardware, Inc.

   Defendant(s).

CASE NO. C07-03635 — SBA

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Donald J. Rafferty, an active member in good standing of the bar of State of Ohio, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing West Coast Mobile Hardware, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Mark H. Harris, Law Offices of Mark H. Harris
2207 J Street, Sacramento, CA 95816  Phone: (916) 442-6155

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2007

_____
Donald J. Rafferty

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001518
Cashier ID: lenahac
Transaction Date: 11/19/2007
Payer Name: Cohen Todd Kite and Stanford
--------------------------------------
PRO HAC VICE
 For: Donald J. Rafferty
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00
--------------------------------------
CHECK
 Check/Money Order Num: 62094
 Amt Tendered:   $210.00
--------------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

CV-07-3635-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```