RECEIVED
NOV 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

Hardware Resources, Inc.

CASE NO. C07-03635 -SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Plaintiff(s),

v.

West Coast Mobile Hardware, Inc.

Defendant(s).

Donald J. Rafferty ☐, an active member in good standing of the bar of State of Ohio ☐ whose business address and telephone number (particular court to which applicant is admitted) is

250 East Fifth Street, Suite 1200
Cincinnati, Ohio 45202
Phone: (513) 421-4020

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing West Coast Mobile Hardware, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge
Chief Judge Saundra Armstrong