GEORGE R. SCHULTZ, Tex #17837500, *Pro Hac Vice*
  E-Mail**:** russ.schultz@grspc.com
SCHULTZ & ASSOCIATES, P.C.
5400 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Telephone: (214) 210-5940
Facsimile: (214) 210-5941

JEFFERY G. BAIREY, SB# 111271
  E-Mail: bairey@lbbslaw.com
ALISON YEW, SB# 173158
  E-Mail: yew@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys For Plaintiff
HARDWARE RESOURCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARDWARE RESOURCES, INC., <br><br> Plaintiff, <br><br> vs. <br> WEST COAST MOBILE HARDWARE, INC., <br><br> Defendant. | Case No.: C07-03635 <br><br> Chief Judge Saundra B. Armstrong <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Hardware Resources, Inc. and Defendant West Coast Mobile Hardware, Inc. (the "Parties") hereby notify the Court as follows:

1. The Parties participated in mediation (the "Mediation") in this case on November 19, 2007.

2. The Mediation resulted in a Memorandum of Settlement signed by all Parties which resolved all claims between the Parties.

3. A formal Settlement Agreement is being prepared and a Stipulation of Dismissal will be filed with the Court by December 19, 2007.

| | |
|---|---|
| __/s/ Mark H. Harris_____<br>MARK H. HARRIS, SB #133578<br>E-Mail:  Harris.Law@att.net<br>Law Offices of Mark H. Harris<br>2207 J Street<br>Sacramento, CA 95816<br>Telephone:  (916) 442-6155<br>Fax:  (916) 444-5921<br><br>ATTORNEY FOR DEFENDANT | ____/s/ George R. Schultz_____<br>GEORGE R. SCHULTZ, (Tex 17837500,<br>   *Pro Hac Vice)*<br>Schultz & Associates, P.C.<br>5400 LBJ Freeway, Suite 1200<br>Dallas, TX 75240<br>EMAIL: RUSS.SCHULTZ@GRSPC.COM<br>TELEPHONE:  (214) 210-5940<br>FAX: (214) 210-5941<br><br>ALISON YEW, SB #173158<br>E-Mail:  yew@lbbslaw.com<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Telephone:  (415) 362-2580<br>Fax:  (415) 434-0882<br><br> ATTORNEY FOR PLAINTIFF |

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2007, I electronically filed the Joint Notice of Settlement with the clerk of the court for the U.S. District Court, Northern District of California, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

    Mark H. Harris                harris.law@att.net

A true and correct copy of the Joint Notice of Settlement was served upon the persons listed below in the manner indicated on November 26, 2007.

Mark H. Harris                                                   *Via First Class Mail,*
Law Offices of Mark H. Harris                          *Postage Pre-Paid*
2207 J Street
Sacramento, CA 95816
Telephone: 916-442-6155
Fax: 916-444-5921

Donald J. Rafferty                                               *Via First Class Mail,*
Cohen, Todd, Kite & Stanford, LLC                    *Postage Pre-Paid*
250 East Fifth Street, Suite 1200
Cincinnati, Ohio 45202
Telephone:  513-333-5243
Facsimile:  513-241-4495

                                                         /s/ George R. Schultz
                                                        George R. Schultz