GEORGE R. SCHULTZ, Tex #17837500, *Pro Hac Vice*
  E-Mail**:** russ.schultz@grspc.com
SCHULTZ & ASSOCIATES, P.C.
5400 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Telephone: (214) 210-5940
Facsimile: (214) 210-5941

JEFFERY G. BAIREY, SB# 111271
  E-Mail: bairey@lbbslaw.com
ALISON YEW, SB# 173158
  E-Mail: yew@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys For Plaintiff
HARDWARE RESOURCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARDWARE RESOURCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WEST COAST MOBILE HARDWARE, INC., <br><br> Defendant. | Case No.: C07-03635 <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** <br><br> **DEMAND FOR JURY TRIAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the Parties' agreement, Plaintiff, Hardware Resources, Inc. and Defendant, West Coast Mobile Hardware, Inc., hereby stipulate to dismissal,

without prejudice, of all claims asserted by Plaintiff against Defendant. Each party agrees to bear its own costs, expenses, and attorneys' fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT

_____/s/ Mark H. Harris_____
MARK H. HARRIS, SB #133578
E-Mail:  Harris.Law@att.net
Law Offices of Mark H. Harris
2207 J Street
Sacramento, CA 95816
Telephone:  (916) 442-6155
Fax:  (916) 444-5921

ATTORNEY FOR DEFENDANT

_____/s/George R. Schultz_____
GEORGE R. SCHULTZ, (Tex 17837500,
   *Pro Hac Vice)*
Schultz & Associates, P.C.
5400 LBJ Freeway, Suite 1200
Dallas, TX 75240
EMAIL: russ.schultz@grspc.com
TELEPHONE:  (214) 210-5940
FAX: (214) 210-5941

ALISON YEW, SB #173158
E-Mail:  yew@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 362-2580
Fax:  (415) 434-0882

 ATTORNEY FOR PLAINTIFF

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2007, I electronically filed the Stipulation and Order for Dismissal Without Prejudice with the clerk of the court for the U.S. District Court, Northern District of California, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

    Mark H. Harris               harris.law@att.net

A true and correct copy of the Stipulation and Order for Dismissal Without Prejudice was served upon the persons listed below in the manner indicated on December 19, 2007.

| | |
|---|---|
| Mark H. Harris<br>Law Offices of Mark H. Harris<br>2207 J Street<br>Sacramento, CA 95816<br>Telephone: 916-442-6155<br>Fax: 916-444-5921 | *Via First Class Mail,*<br>*Postage Pre-Paid* |
| Donald J. Rafferty<br>Cohen, Todd, Kite & Stanford, LLC<br>250 East Fifth Street, Suite 1200<br>Cincinnati, Ohio 45202<br>Telephone:  513-333-5243<br>Facsimile:  513-241-4495 | *Via First Class Mail,*<br>*Postage Pre-Paid* |

                                              _/s/ George R. Schultz
                                              George R. Schultz