IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARDWARE RESOURCES, INC., | No. C 07-03635 SBA |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| WEST COAST MOBILE, | |
| Defendant. | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action, and initiate the telephone conference call. Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

YOU ARE HEREBY NOTIFIED THAT due to the unavailability of the Court, the Case Management Conference set for January 16, 2008 has been continued to, January 30, 2008, at 3:00 p.m.,via telephone.

Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

Dated: 1/8/08

FOR THE COURT,
Richard W. Wieking, Clerk

By: /s/ Lisa R. Clark
LISA R. CLARK
Courtroom Deputy

To: