GEORGE R. SCHULTZ, Tex #17837500, *Pro Hac Vice*
  E-Mail**:** russ.schultz@grspc.com
SCHULTZ & ASSOCIATES, P.C.
5400 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Telephone: (214) 210-5940
Facsimile: (214) 210-5941

JEFFERY G. BAIREY, SB# 111271
  E-Mail: bairey@lbbslaw.com
ALISON YEW, SB# 173158
  E-Mail: yew@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys For Plaintiff
HARDWARE RESOURCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARDWARE RESOURCES, INC.,<br><br>             Plaintiff,<br><br>     vs.<br><br>WEST COAST MOBILE<br>HARDWARE, INC.,<br><br>             Defendant. | Case No.: C07-03635<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITHOUT PREJUDICE**<br><br>**DEMAND FOR JURY TRIAL** |

        Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the Parties' agreement, Plaintiff, Hardware

Resources, Inc. and Defendant, West Coast Mobile Hardware, Inc., hereby stipulate to dismissal,

1    without prejudice, of all claims asserted by Plaintiff against Defendant. Each party agrees to bear

2    its own costs, expenses, and attorneys' fees.

3         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5    1/23/08                                    _____
                                                UNITED STATES DISTRICT COURT
6

7

8    _____/s/ Mark H. Harris_____       _____/s/George R. Schultz_____
     MARK H. HARRIS, SB #133578                   GEORGE R. SCHULTZ, (Tex 17837500,
9    E-Mail:  Harris.Law@att.net                       *Pro Hac Vice)*
     Law Offices of Mark H. Harris                Schultz & Associates, P.C.
10   2207 J Street                                5400 LBJ Freeway, Suite 1200
     Sacramento, CA 95816                         Dallas, TX 75240
11   Telephone:  (916) 442-6155                   EMAIL: russ.schultz@grspc.com
     Fax:  (916) 444-5921                         TELEPHONE:  (214) 210-5940
12                                                FAX: (214) 210-5941
13   ATTORNEY FOR DEFENDANT
14                                                ALISON YEW, SB #173158
                                                  E-Mail:  yew@lbbslaw.com
15                                                LEWIS BRISBOIS BISGAARD & SMITH
                                                  LLP
16                                                One Sansome Street, Suite 1400
                                                  San Francisco, CA 94104
17                                                Telephone:  (415) 362-2580
                                                  Fax:  (415) 434-0882
18

19                                                 ATTORNEY FOR PLAINTIFF

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2007, I electronically filed the Stipulation and Order for Dismissal Without Prejudice with the clerk of the court for the U.S. District Court, Northern District of California, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Mark H. Harris                 harris.law@att.net

A true and correct copy of the Stipulation and Order for Dismissal Without Prejudice was served upon the persons listed below in the manner indicated on December 19, 2007.

Mark H. Harris                                              *Via First Class Mail,*
Law Offices of Mark H. Harris                              *Postage Pre-Paid*
2207 J Street
Sacramento, CA 95816
Telephone: 916-442-6155
Fax: 916-444-5921

Donald J. Rafferty                                         *Via First Class Mail,*
Cohen, Todd, Kite & Stanford, LLC                         *Postage Pre-Paid*
250 East Fifth Street, Suite 1200
Cincinnati, Ohio 45202
Telephone:  513-333-5243
Facsimile:  513-241-4495

_/s/ George R. Schultz_____
George R. Schultz

Certificate of Service – Solo Page                        Case No. C07-03635